UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES HINGA, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-13-0414 |
| | § | |
| MIC GROUP, LLC, | § | |
| | § | |
| *Defendant*. | § | |

**FINAL JUDGMENT**

Pursuant to the court's order issued this day granting defendant's motion for summary judgment, **JUDGMENT** is entered for defendant MIC Group, LLC on the claims of plaintiff James Hinga (the "plaintiff"). Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

Signed at Houston, Texas on August 29, 2014.

_____
Gray H. Miller
United States District Judge